```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 14631
   MICHAEL E JAMA
   ERIKA L JAMA                              CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4372    SSN XXX-XX-9780

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/15/2005 and was confirmed 06/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  47.84% from remaining funds.

     The case was paid in full 01/08/2009.
--------------------------------------------------------------------------
                                                  INTEREST       PRINCIPAL
CREDITOR NAME              CLASS       CLAIM AMOUNT      PAID         PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG       .00           .00          .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE   7744.41           .00      7744.41
TERRENCE R GILMAN DDS    UNSECURED     NOT FILED           .00          .00
GMAC                     UNSECURED       5752.81           .00      2751.91
PORTFOLIO RECOVERY ASSOC UNSECURED       7420.17           .00      3549.51
JEFFERSON CAPITAL SYSTEM UNSECURED        824.45           .00       394.38
ASPIRE                   UNSECURED       2726.14           .00      1304.08
ECAST SETTLEMENT CORP    UNSECURED OTH    453.20           .00       216.85
NEXTEL COMMUNICATIONS    UNSECURED     NOT FILED           .00          .00
MARTIN J OHEARN          DEBTOR ATTY    1,700.00                    1,700.00
TOM VAUGHN               TRUSTEE                                    1,094.86
DEBTOR REFUND            REFUND                                         3.84

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             18,759.84

PRIORITY                                          .00
SECURED                                      7,744.41
UNSECURED                                    8,216.73
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         1,094.86
DEBTOR REFUND                                    3.84
                    --------------       --------------
TOTALS              18,759.84            18,759.84



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 14631 MICHAEL E JAMA & ERIKA L JAMA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 03/05/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 05 B 14631 MICHAEL E JAMA & ERIKA L JAMA
```